IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division



| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ANTHONY INGRAM,<br><br>Defendant. | Criminal No. 1:25-CR-298<br><br>Possession of a Firearm by a Felon<br>(18 U.S.C. § 922(g)(1))<br><br>**Forfeiture Notice** |

INDICTMENT
November 2025 Term — at Alexandria, Virginia

THE GRAND JURY CHARGES THAT:

COUNT ONE
(*Possession of a Firearm by a Felon*)

On or about August 22, 2025, in Falls Church, Virginia, within the Eastern District of Virginia, the defendant, ANTHONY INGRAM, knowing that he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly and unlawfully possess a firearm, specifically a 9mm pistol, said firearm having previously traveled in interstate and foreign commerce.

(In violation of Title 18, United States Code, § 922(g)(1).)

## FORFEITURE NOTICE

THE GRAND JURY FURTHER FINDS PROBABLE CAUSE THAT THE PROPERTY DESCRIBED BELOW IS SUBJECT TO FORFEITURE:

Pursuant to Federal Rule of Criminal Procedure 32.2(a), the defendant, ANTHONY INGRAM, is hereby notified that if convicted of the offense set forth in this Indictment, the defendant, ANTHONY INGRAM, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in or used in the commission of the offense.

The assets subject to forfeiture include, but are not limited to, a Springfield Armory, Model Hellcat, 9mm pistol bearing serial number BA351636.

Pursuant to Title 21, United States Code, Section 853(p), the defendant, ANTHONY INGRAM, shall forfeit substitute property, if, by any act or omission of the defendant, ANTHONY INGRAM, the property referenced above cannot be located upon the exercise of due diligence; has been transferred, sold to, or deposited with a third party; has been placed beyond the jurisdiction of the Court; has been substantially diminished in value; or has been commingled with other property which cannot be divided without difficulty.

(In accordance with Title 18, United States Code, Section 924(d)(1); Title 21, United States Code, Section 853(p); Title 28, United States Code, Section 2461(c); and Rule 32.2(a), Federal Rules of Criminal Procedure.)

Lindsey Halligan
United States Attorney

By: _____
Jonathan Lowy
Special Assistant United States Attorney
April N. Russo
Assistant United States Attorney

A TRUE BILL

By: _____
FOREPERSON

Pursuant to the E-Government Act, the original of this page has been filed under seal in the Clerk's office